MICHAEL E. PRANGLE, ESQ.
Nevada Bar No. 8619
ZANE GELLER, ESQ.
Nevada Bar No. 16538
HALL PRANGLE & SCHOONVELD, LLC
1140 N. Town Center Dr., Ste. 350
Las Vegas, NV  89144
(702) 889-6400 – Office
(702) 384-6025 – Facsimile
Email: efile@hpslaw.com
*Attorneys for Defendant*
SUNRISE HOSPITAL AND MEDICAL CENTER, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Mario Izzo and Danielle Izzo,<br><br>    Plaintiff,<br>vs.<br><br>City of Henderson; Sunrise Hospital and Medical Center, LLC; Troy Star, in his individual and official capacity; Daisy Rodriguez, in her individual and official capacity; DOES 1 through 20, and ROE ENTITIES 1 through 10,<br><br>    Defendants. | CASE NO.:  24-cv-2297<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT'S SUNRISE HOSPITAL AND MEDICAL CENTER, LLC'S RESPONSIVE PLEADING** |

Plaintiffs, by and through their attorney of record, Peter Angulo, Esq. of ANGULO LAW FIRM and Defendant, SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, by and through their attorney of record, Zane R. Geller, Esq. of HALL PRANGLE & SCHOONVELD LLC, hereby stipulate as follows:

(1) The parties agree that the due date for Defendant SUNRISE HOSPITAL AND MEDICAL CENTER, LLC's responsive pleading to the Complaint (ECF No. 1) is hereby extended to February 13, 2025.

(2) The parties previously conferred via telephone and email about Defendant's counsel needing additional time to investigate the allegations of the Plaintiffs' Complaint in order to assess and assert defenses at the pleading stage.

///

///

///

Page 1 of 2

IT IS SO STIPULATED.

Dated this 13th day of February, 2025.                    Dated this 13th day of February, 2025.

/s/ Peter Angulo                                          /s/ Zane Geller
Peter M. Angulo, Esq.                                     Zane R. Geller, Esq.
Nevada Bar No.                                            Nevada Bar No. 16538
ANGULO LAW GROUP                                          HALL PRANGLE & SCHOONVELD, LLC
5545 S. Mountain Vista Street, Suite F                    1140 N. Town Center Dr., Ste. 350
Las Vegas, NV 89120                                       Las Vegas, NV  89144
*Attorneys for Plaintiffs*                                *Attorneys for Defendant Sunrise Hospital and Medical Center, LLC*

## ORDER

Pursuant to the terms of the attached stipulation, the Court orders as follows:

(1) The due date for Defendant SUNRISE HOSPITAL AND MEDICAL CENTER, LLC's responsive pleading to the Complaint (ECF No. 1) is extended to February 13, 2025.

IT IS SO ORDERED.

February 14, 2025

Nancy J. Koppe
United States Magistrate Judge