# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARIO IZZO, et al.,<br>　　　Plaintiff,<br>v.<br>CITY OF HENDERSON, et al.,<br>　　　Defendants. | Case No. 2:24-cv-02297-APG-NJK<br>**Order**<br>[Docket No. 29] |

Pending before the Court is a stipulation to extend case management deadlines by 90 days. Docket No. 29.

A request to extend unexpired deadlines in the scheduling order must be premised on a showing of good cause. Fed. R. Civ. P. 16(b)(4); Local Rule 26-3. This analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

The discovery period is generally limited to 180 days, *see* Local Rule 26-1(b)(1), so a stipulation to add 90 days onto the existing period is seeking extraordinary relief. Moreover, the stipulation is not clearly written, particularly as to the reasons an extension is warranted. As best the Court can tell, the primary issue is that Plaintiff's counsel is busy with other matters, which is not sufficient justification to modify the scheduling order. *See Williams v. James River Grp. Inc.*, 627 F. Supp. 3d 1172, 1179 (D. Nev. 2022). The stipulation otherwise appears to fall back on vague reference to preparing discovery and scheduling conflicts for certain depositions. *See* Docket No. 29 at 4. Such explanation is not well-developed, and no attempt is made to explain why such circumstances would warrant another <u>three months</u> for discovery.

As a one-time courtesy to the parties, the Court will allow a 30-day extension to the discovery cutoff and subsequent deadlines. Counsel must use the extra time provided herein

1

wisely, as the Court is not inclined to allow further extensions. Accordingly, the stipulation to extend is **GRANTED** in part and **DENIED** in part as follows:

- Amend pleadings/ add parties: closed
- Initial experts: closed
- Rebuttal experts: July 7, 2025
- Discovery cutoff: September 4, 2025
- Dispositive motions: October 6, 2025
- Joint proposed pretrial order: November 3, 2025, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: July 2, 2025

_____
Nancy J. Koppe
United States Magistrate Judge