UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIO IZZO, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>CITY OF HENDERSON, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-02297-APG-NJK<br><br>**Order**<br><br>[Docket Nos. 35, 36] |

Pending before the Court is a stipulation for a settlement conference, Docket No. 35, which is GRANTED. The Court will set that settlement conference through separate order.

Also pending before the Court is a stipulation to stay discovery pending resolution of the settlement conference. Docket No. 36. The stipulation represents that a stay of discovery will advance the prospects of settlement. Moreover, the Court will be setting the settlement conference in the relative near term. The Court will in its discretion permit a stay of discovery, *cf. Williams v. James River Grp. Inc.*, 627 F. Supp. 3d 1172, 1181 n.8 (D. Nev. 2022), so that stipulation is also GRANTED.

IT IS SO ORDERED.

Dated: August 7, 2025

                                                                   _____
                                                                    Nancy J. Koppe
                                                                    United States Magistrate Judge