# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIO IZZO, et al., | Case No.: 2:24-cv-02297-APG-NJK |
| Plaintiffs | **Order Denying Motion to Dismiss as Moot** |
| v. | [ECF No. 14] |
| CITY OF HENDERSON, et al., | |
| Defendants | |

In light of the parties' joint motion advising that the plaintiffs and defendant Sunrise Hospital and Medical Center, LLC have agreed to a settlement (ECF No. 35 at 3),

I ORDER that defendant Sunrise Hospital and Medical Center, LLC's motion to dismiss **(ECF No. 14) is DENIED as moot**, without prejudice to refile it if the settlement does not finalize.

DATED this 7th day of August, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE