MICHAEL E. PRANGLE, ESQ.
Nevada Bar No. 8619
HALL PRANGLE LLC
1140 N. Town Center Dr., Ste. 350
Las Vegas, NV 89144
(702) 889-6400 – Office
(702) 384-6025 – Facsimile
Email: efile@hpslaw.com
-and-
MATTHEW KAMINSKI, ESQ. (Admitted *Pro Hac Vice*)
HALL PRANGLE LLC
200 S. Wacker Drive, Suite 3300
Chicago, IL 60606
*Attorneys for Defendant*
*SUNRISE HOSPITAL AND MEDICAL CENTER, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARIO IZZO and DANIELLE IZZO, individually<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HENDERSON; SUNRISE HOSPITAL AND MEDICAL CENTER, LLC; TROY STAR, in his individual and official capacity; DAISY RODRIGUEZ, in her individual and official capacity; DOES 1 through 20, and ROE ENTITIES 1 through 10,<br><br>Defendants. | CASE NO.: 2:24-cv-2297<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF SUNRISE HOSPITAL AND MEDICAL CENTER, LLC ONLY WITH PREJUDICE** |

IT IS HEREBY STIPULATED and agreed by and between the parties through their respective counsel that Defendant SUNRISE HOSPITAL AND MEDICAL CENTER, LLC only shall be dismissed, with prejudice, from the instant litigation in case 2:24-cv-2297, with each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: October 13th, 2025 | DATED: October 7th, 2025 |
| HALL PRANGLE LLC | ANGULO LAW GROUP |
| */s/ Michael Prangle* | */s/ Peter Angulo* |
| MICHAEL E. PRANGLE, ESQ.<br>Nevada Bar No. 8619<br>1140 N. Town Center Dr., Ste. 350<br>Las Vegas, NV 89144<br>-and- | PETER ANGULO, ESQ.<br>Nevada Bar No. 3672<br>5545 S. Mountain Vista Street, Suite F<br>Las Vegas, NV 89120<br>*Attorneys for Plaintiffs* |

MATTHEW KAMINSKI, ESQ. (Admitted *Pro Hac Vice*)
200 S. Wacker Drive, Suite 3300
Chicago, IL 60606
*Attorneys for Defendant*
*SUNRISE HOSPITAL AND MEDICAL CENTER, LLC*

DATED: October 8th, 2025

CITY OF HENDERSON

*/s/ Michael Oh*
NICHOLAS VASKOV, ESQ.
Nevada Bar No. 08298
MICHAEL OH, ESQ.
Nevada Bar No. 07470
240 Water Street, MSC 144
Henderson, NV 89015
*Attorneys for Defendants*
*City of Henderson, Troy Starr and Daisy Rodriguez*

## ORDER

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that Defendant SUNRISE HOSPITAL AND MEDICAL CENTER, LLC only is dismissed with prejudice from this case, and each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

HALL PRANGLE LLC

*/s/ Michael Prangle*
MICHAEL E. PRANGLE, ESQ.
Nevada Bar No. 8619
1140 N. Town Center Dr., Ste. 350
Las Vegas, NV 89144
-and-
MATTHEW KAMINSKI, ESQ. (Admitted *Pro Hac Vice*)
200 S. Wacker Drive, Suite 3300
Chicago, IL 60606
*Attorneys for Defendant*
*SUNRISE HOSPITAL AND MEDICAL CENTER, LLC*

HALL PRANGLE LLC
1140 NORTH TOWN CENTER DRIVE
SUITE 350
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400  FACSIMILE: 702-384-6025