PETER M. ANGULO, ESQ.
**ANGULO LAW GROUP**
5545 S. Mountain Vista St. Ste. F
Las Vegas, NV 89120
Tel: (702) 384-8000
Fax: (702) 384-8200
Email: pangulo@angulolawgroup.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIO IZZO and DANIELLE IZZO, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF HENDERSON; SUNRISE HOSPITAL AND MEDICAL CENTER, LLC; TROY STAR, in his individual and official capacity; DAISY RODRIGUEZ, in her individual and official capacity; DOES 1 through 20, and ROE ENTITIES 1 through 10, <br><br> Defendant(s). | Case No. 2:24-CV-2297-APG-NJK |

## <u>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE</u>

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, MARIO IZZO and DANIELLE IZZO, and Defendants, TROY STAR, DAISY RODRIGUEZ and CITY OF HENDERSON, by and through their respective attorneys of record, that all Plaintiff's claims in this matter against the Defendants, be dismissed with prejudice, with each of the parties to pay their own attorney fees and costs herein incurred.

DATED this 3rd day of March, 2026.

ANGULO LAW GROUP

By /s/ Peter M. Angulo
PETER M. ANGULO, ESQ.
5545 S. Mountain Vista Street, Suite F
Las Vegas, Nevada  89120
Attorneys for Plaintiffs

DATED this 3rd day of March, 2026.

CITY OF HENDERSON

By /s/ Michael J. Oh
MICHAEL J. OH, ESQ.
240 Water Street, MSC 144
Henderson, Nevada  89015
Attorneys for Defendants

*Izzo v. City of Henderson, et al.*
*Case No. 2:24-CV-2297-APG-NJK*
*Stipulation and Order for Dismissal With Prejudice*

## ORDER

BASED UPON THE STIPULATION OF THE PARTIES and good cause appearing therefore,

IT IS HEREBY ORDERED that all of the Plaintiffs' claims in this matter against the Defendants,
be dismissed with prejudice; each party to bear their own fees and costs.

IT IS SO ORDERED

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

SUBMITTED BY:

ANGULO LAW GROUP


By  /s/ Peter M. Angulo
PETER M. ANGULO, ESQ.
5545 S. Mountain Vista Street, Suite F
Las Vegas, Nevada  89120
Attorneys for Plaintiffs

**Margaret Anthis**

| | |
|---|---|
| **From:** | Michael Oh <Michael.Oh@cityofhenderson.com> |
| **Sent:** | Tuesday, March 3, 2026 2:46 PM |
| **To:** | Peter Angulo |
| **Cc:** | Margaret Anthis; Michelle Harrell; Laura Kopanski |
| **Subject:** | RE: Izzo SOD |

> **CAUTION:** This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

Hi Peter.

This is okay and you may affix my electronic signature. I will notify once the council has approved the settlement agreement which should be done at the meeting tonight.

Mike

*Michael J. Oh*
Sr. Assistant City Attorney

# HENDERSON

**City of Henderson**
**City Attorney's Office – Civil Division**
240 S. Water St, MSC 144
Henderson, NV 89015
**Michael.Oh@cityofhenderson.com**

**T** 702-267-1382   **C** 702-469-1375
**H** Mon-Thu, 7:30am-5:30pm
**Assistant: 702-267-1216 or Michelle Harrell at** Michelle.Harrell@cityofhenderson.com

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by replying and delete the message. Thank you.

**From:** Peter Angulo <pangulo@angulolawgroup.com>
**Sent:** Tuesday, March 3, 2026 2:24 PM
**To:** Michael Oh <Michael.Oh@cityofhenderson.com>
**Cc:** Margaret Anthis <manthis@angulolawgroup.com>
**Subject:** Izzo SOD

EXTERNAL EMAIL – USE CAUTION

Michael,

Here you go!

1

*Peter Maitland Angulo, Esq.*
ANGULO LAW GROUP, LLC
5545 S. Mountain Vista, Suite F
Las Vegas, NV. 89120
*(702) 384-8000 Office*
*(702) 384-8200 Fax*
*(702) 525-0087 Cell*
pangulo@angulolawgroup.com
http://www.linkedin.com/in/peter-angulo-a9a56718
https://angulolawlasvegas.com/



*This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me at (702) 384-8000 and permanently delete the original and any copy of any e-mail and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.*

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.



PUBLIC RECORDS NOTICE: In accordance with NRS Chapter 239, this email and responses, unless otherwise made confidential by law, may be subject to the Nevada Public Records laws and may be disclosed to the public upon request.

2