PETER M. ANGULO, ESQ.
**ANGULO LAW GROUP**
5545 S. Mountain Vista St. Ste. F
Las Vegas, NV 89120
Tel: (702) 384-8000
Fax: (702) 384-8200
Email: pangulo@angulolawgroup.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIO IZZO and DANIELLE IZZO, individually, | Case No. 2:24-CV-2297-APG-NJK |
| Plaintiffs, | |
| vs. | |
| CITY OF HENDERSON; SUNRISE HOSPITAL AND MEDICAL CENTER, LLC; TROY STAR, in his individual and official capacity; DAISY RODRIGUEZ, in her individual and official capacity; DOES 1 through 20, and ROE ENTITIES 1 through 10, | |
| Defendant(s). | |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, MARIO IZZO and DANIELLE IZZO, and Defendants, TROY STAR, DAISY RODRIGUEZ and CITY OF HENDERSON, by and through their respective attorneys of record, that all Plaintiff's claims in this matter against the Defendants, be dismissed with prejudice, with each of the parties to pay their own attorney fees and costs herein incurred.

DATED this 3rd day of March, 2026.

ANGULO LAW GROUP

By /s/ Peter M. Angulo
PETER M. ANGULO, ESQ.
5545 S. Mountain Vista Street, Suite F
Las Vegas, Nevada 89120
Attorneys for Plaintiffs

DATED this 3rd day of March, 2026.

CITY OF HENDERSON

By /s/ Michael J. Oh
MICHAEL J. OH, ESQ.
240 Water Street, MSC 144
Henderson, Nevada 89015
Attorneys for Defendants

*Izzo v. City of Henderson, et al.*
*Case No. 2:24-CV-2297-APG-NJK*
*Stipulation and Order for Dismissal With Prejudice*

## ORDER

BASED UPON THE STIPULATION OF THE PARTIES and good cause appearing therefore,

IT IS HEREBY ORDERED that all of the Plaintiffs' claims in this matter against the Defendants, be dismissed with prejudice; each party to bear their own fees and costs.

IT IS SO ORDERED:

Dated: March 6, 2026_____

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

ANGULO LAW GROUP


By _/s/ Peter M. Angulo_____
PETER M. ANGULO, ESQ.
5545 S. Mountain Vista Street, Suite F
Las Vegas, Nevada  89120
Attorneys for Plaintiffs

2